# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

TOM BLACKMON                                          PLAINTIFF
ADC #51930

V.                          CASE NO.  4:19-cv-00868 JM

CRYSTAL TAYLOR, *et al.*                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE